**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ISHKHANOUHI TAVITIAN, a/k/a<br>SHERRY TAVITIAN | : | |
| v. | : | C.A. CA 07 325 ML |
| ST. JOSEPH HEALTH SERVICES<br>OF RHODE ISLAND, d/b/a<br>ST. JOSEPH'S HOSPITAL | : | |

**NOTICE OF REMOVAL**

To: Clerk's Office, United States District Court
District of Rhode Island
John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

Clerk, Rhode Island Superior Court
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Simon Richardson
102 Seventh Street
Providence, RI 02906

Defendant St. Joseph Health Services of Rhode Island d/b/a St. Joseph's Hospital gives notice pursuant to 28 U.S.C. § 1446 that it hereby removes the case presently pending in the Rhode Island Superior Court, entitled Ishkhanouhi Tavitian a/k/a Sherry Tavitian v. St. Joseph Health Services of Rhode Island d/b/a St. Joseph's Hospital, C.A. No. 07-3260 ("State Court Action"), to the United States District Court for the District of Rhode Island.

Removal is authorized by 28 U.S.C. §§ 1441 and 1331 and is based on the District Court's original jurisdiction of claims arising under the laws of the United States. In support of this Notice, Defendant states:

1. This case was commenced on or about July 26, 2007 in the Rhode Island Superior Court. A copy of the Complaint is attached as **Exhibit A.**[1] The time within which Defendant may remove the action pursuant to 28 U.S.C. § 1446 to the United States District Court for the District of Rhode Island has not yet expired.

2. This Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 and the State Court action is removable under the provision of 28 U.S.C. § 1441(a) and (b) in that Plaintiff's Complaint includes a claim for violation of the Family and Medical Leave Act, 29 U.S.C. § 2601 et seq., which gives rise to original jurisdiction of actions arising under the laws of the United States.

3. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Rhode Island Superior Court pursuant to the Notice of Filing of Notice of Removal attached hereto as **Exhibit B**, and a copy of this Notice of Removal will be served upon Plaintiff.

Dated: August 27, 2007

ST. JOSEPH HEALTH SERVICES OF RHODE ISLAND
By its attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: 401-274-7200
Fax: 401-751-0604
rbrooks@apslaw.com
jlaporte@apslaw.com

[1] Certified copies of the State court docket sheet and the State court records and proceedings will be filed within 10 days in accordance with Local Rule 81(b).

**CERTIFICATION**

I hereby certify that a true copy of the within was sent by first class mail, postage prepaid to the following this 27th day of August, 2007:

Marc B. Gursky, Esq.
Ryan C. Hurley, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852

Jaime J. LaPorte

*426168_1.doc*