STATE OF RHODE ISLAND
PROVIDENCE, S.C.

SUPERIOR COURT

| | | |
|---|---|---|
| ISHKHANOUHI TAVITIAN, a/k/a SHERRY TAVITIAN<br>Plaintiff,<br><br>v.<br><br>ST. JOSEPH HEALTH SERVICES OF RHODE ISLAND, d/b/a ST. JOSEPH'S HOSPITAL<br>Defendant. | : | C. A. NO. 07 - 3260 |

**COMPLAINT**

**Introduction**

1. This is an action for violations of the Rhode Island Parent and Family Medical Leave Act ("Leave Act"), §§ 28-45-1 et seq. and the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601 et seq. ("FMLA").

**Parties and Jurisdiction**

2. Plaintiff is a resident of Rhode Island and lives at 15 Roberta Street, North Providence, Rhode Island 02904.

3. Defendant St. Joseph Health Services of Rhode Island is a non-profit corporation located at 200 High Service Avenue, North Providence, Rhode Island 02904.

4. The amount in controversy meets the jurisdictional requirements of this Court.

**Facts**

5. Defendant hired Plaintiff on December 7, 1987 and she worked there for approximately nineteen (19) years.

6. Plaintiff held the position of Computer Operator.

7. From December 7, 1987 through July 13, 2006 Plaintiff was a full-time employee.

8. Defendant employed more than 50 employees during the years 2005 and 2006.

9. On or about June 26, 2006 Plaintiff was scheduled to return to work from an approved vacation.

10. During her vacation, Plaintiff sustained an injury to her lower back and pelvic regions.

11. On or about June 26, 2006 Plaintiff notified Defendant that she sustained an injury during her vacation and she was unable to return to work on June 26, 2006.

12. Along with her notification, Plaintiff attached a physician's statement that indicated that she was: (1) injured; (2) unable to return to work for health reasons; and (3) unable to travel for health reasons.

13. On or about June 26, 2006 Defendant accepted Plaintiff's physician's statement and granted her medical leave through July 9, 2006.

14. On or about July 6, 2006 Plaintiff sent via facsimile an additional notification to Defendant that her pain levels and her doctor would prohibit her from returning to work on July 9, 2006. Also, in her facsimile, Plaintiff wrote "I'll be in touch again." A true and accurate copy of Plaintiff's facsimile and its transmittal sheet dated July 6, 2006 are attached hereto as "Exhibit 1."

15. While still out of work on medical leave, Defendant terminated her employment effective on or about July 13, 2006.

**Count I**

**(Violation of R.I.G.L. §§ 28-45-1, et al.)**

16. Plaintiff incorporates Paragraphs 1 through 15 as though fully set forth herein.

17. By the foregoing acts and omissions, Defendant violated the Leave Act because it wrongly terminated Plaintiff while she was out of work on an approved medical leave based on a serious health condition involving continuing treatment and/or supervision by a health care provider.

WHEREFORE, Plaintiff prays hereinafter set forth.

**Count II**

**(Violation of 29 U.S.C. § 2601)**

18. Plaintiff incorporates Paragraphs 1 through 15 as though fully set forth herein.

19. By the foregoing acts and omissions, Defendant violated FMLA because it wrongly terminated Plaintiff while she was out of work on an approved medical leave based on a serious health condition involving continuing treatment.

WHEREFORE, Plaintiff prays hereinafter set forth.

**Request for Relief**

WHEREFORE Plaintiff, Prays that this Honorable Court:

1. Order Defendant to reinstate Plaintiff at the same position and at the same pay rate;
2. Order Defendant to pay Plaintiff's lost wages and benefits due to the violations;
3. Order Defendant to pay interest on the amount described above;
4. Order Defendant to pay an amount equal to the sum of the above two amounts as a penalty;

5. Order Defendant to pay attorney's fees and costs (including expert witness fees); and

6. Order such other relief as the Court deems just and proper.

Jury Trial Demand

Plaintiff prays trial by jury on all issues triable by right to a jury.

Respectfully submitted,
Ishkhanouhi Tavitian,
By their Attorneys,

Marc B. Gursky, Esq. (#2818)
Ryan C. Hurley, Esq. (#7539)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingston, RI 02852
Tel: (401) 294-4700
Fax: (401) 294-4702