STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

| | | |
|---|---|---|
| ISHKHANOUHI TAVITIAN, a/k/a<br>SHERRY TAVITIAN<br>Plaintiff, | : | |
| v. | : | C.A. No. 07-3260 |
| ST. JOSEPH HEALTH SERVICES<br>OF RHODE ISLAND, d/b/a<br>ST. JOSEPH'S HOSPITAL<br>Defendant. | : | |

**NOTICE OF FILING NOTICE OF**
**REMOVAL TO UNITED STATES DISTRICT COURT**

Defendant St. Joseph Health Services of Rhode Island d/b/a St. Joseph's Hospital hereby give notice to the Court that it has removed the above-captioned lawsuit to the United States District Court for the District of Rhode Island. A copy of the Notice of Removal filed with the United States District Court for the District of Rhode Island is attached as **Exhibit A**.

Dated: August 27, 2007

ST. JOSEPH HEALTH SERVICES OF RHODE ISLAND
By its attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: 401-274-7200
Fax: 401-751-0604
Dated: August 27 2007

**CERTIFICATION**

I hereby certify that a true copy of the within was sent by first class mail, postage prepaid to the following this 27th day of August, 2007:

Marc B. Gursky, Esq.
Ryan C. Hurley, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852

Jaime J. LaPonte

*426166_1.doc*