STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-3260 ISHKHANOUHI TAVITIAN V ST JOSEPH HEALTH SERVICES

Filing Date: 06-27-2007 Case Type: OTHER CIVIL ACTION
Case Status: CLOSED DURING DISCOVERY Status Date: 08-27-2007

| | |
|---|---|
| Plaintiff: ISHKHANOUHI TAVITIAN<br>ID: @10913153 | Attorney: MARC GURSKY<br>Attorney: RYAN HURLEY |
| Plaintiff: SHERRY TAVITIAN<br>ID: @10913154 | Attorney: MARC GURSKY<br>Attorney: RYAN HURLEY |
| Defendant: ST JOSEPH HEALTH SERVICES OF RI<br>ID: @10913155 | Attorney: ROBERT BROOKS<br>Attorney: JAIME LAPORTE |
| Defendant: ST JOSEPHS HOSPITAL<br>ID: @10913156 | |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-27-2007 | COMPLAINT FILED | |
| 06-27-2007 | INITIAL FILING FEE | |
| 06-27-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP251422. |
| 08-15-2007 | ANSWER FILED | TO PLTFS COMPLAINT<br>Affiliated: ST JOSEPH HEALTH SERVICES OF RI |
| 08-27-2007 | NOTICE OF REMOVAL | |
| 08-27-2007 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT NUMBER CA-07-325 ML |
| 08-27-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island