UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ISHKHANOUHI TAVITIAN, a/k/a SHERRY TAVITIAN | : | |
| v. | : | C.A. No. 07-325ML |
| ST. JOSEPH HEALTH SERVICES OF RHODE ISLAND, d/b/a ST. JOSEPH'S HOSPITAL | : | |

STIPULATION

Pursuant to Local Rule Cv 29(b), Plaintiff and Defendant hereby stipulate that the deadline for Defendant St. Joseph Health Services of Rhode Island to respond to Plaintiff Ishkhanouhi Tavitian's First Set of Interrogatories Directed to Defendant St. Joseph Health Services of Rhode Island shall be extended by eight (8) days to February 29, 2008.

St. Joseph Health Services of Rhode Island
By its attorneys:

/s/ Jaime J. LaPorte
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: 401-274-7200
Fax: 401-751-0604
rbrooks@apslaw.com
jlaporte@apslaw.com
Dated: February 1, 2008

Ishkhanouhi Tavitian
By her attorneys:

/s/ Ryan C. Hurley
MARC B. GURSKY (#2818)
RYAN C. HURLEY (#7539)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel: (401) 294-4700
Fax: (401) 294-4702
hurlrc@gmail.com
Dated: February 1, 2008

## CERTIFICATE OF SERVICE

TO: Marc B. Gursky, Esq.
Ryan C. Hurley, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852

I hereby certify that I filed the within Stipulation through the ECF system on the 1st day of February, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 07-325ML.

/s/ Jaime J. LaPorte__________

*442967_1.doc*