UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ISHKHANOUHI TAVITIAN, a/k/a<br>SHERRY TAVITIAN<br>Plaintiff, | : | |
| v. | : | C. A. NO.: 07-325 ML |
| ST. JOSEPH HEALTH SERVICES<br>OF RHODE ISLAND, d/b/a<br>ST. JOSEPH'S HOSPITAL<br>Defendant. | : | |

**JOINT MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES**

Now come Plaintiff, through counsel, and Defendant, through counsel, and hereby move this Court for an order enlarging the deadlines for expert witness disclosures to March 12, 2008, for the Plaintiff and April 2, 2008, for the Defendant. The parties state that the settlement conference, which was initially scheduled for January 9, 2008, has been moved to February 20, 2008. In the event that the parties are unable to come to an agreement, however, the parties ask this Court for additional time to prepare their expert witness disclosures after the settlement conference on February 20, 2008.

Ishkhanouhi Tavitian
By her attorneys,

/s/ Elizabeth A. Wiens_________
Elizabeth A. Wiens (#6827)
Ryan C. Hurley, Esq. (#7539)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702 (facsimile)
Dated: February 8, 2008

St. Joseph Health Services of Rhode Island
By its attorneys

/s/ Robert P. Brooks___________________
Robert P. Brooks, Esq. (#3721)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel.: 401-274-7200
Fax: 401-751-0604
Dated: February 8, 2008

**CERTIFICATION**

I hereby certify that I electronically filed the within Motion on February 8, 2008. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individuals below has been effectuated by electronic means.

Robert P. Brooks, Esq. (#3721)
Jaime J. Laporte, Esq. (#6668)
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

/s/ Elizabeth A. Wiens_________