UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ISHKHANOUHI TAVITIAN, a/k/a SHERRY TAVITIAN, Plaintiff, | : | |
| v. | : | C. A. NO.: 07-325 ML |
| ST. JOSEPH HEALTH SERVICES OF RHODE ISLAND, d/b/a ST. JOSEPH'S HOSPITAL Defendant. | : | |

**JOINT MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES**

Now come the parties and hereby move this Court for an order enlarging the deadlines for expert witness disclosures to April 18, 2008, for the Plaintiff and May 19, 2008, for the Defendant. The settlement conference, which was initially scheduled for January 9, 2008, is now scheduled for April 9, 2008. As the parties discussed with the Honorable Judge Lisi in the Rule 16 Conference, holding the settlement conference prior to the disclosure of expert witnesses could be helpful to the resolution of the instant case. Accordingly, the parties ask this Court for additional time to prepare their expert witness disclosures after the settlement conference on April 9, 2008.

Ishkhanouhi Tavitian
By her attorneys,

/s/ Elizabeth A. Wiens_________
Elizabeth A. Wiens (#6827)
Ryan C. Hurley, Esq. (#7539)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702 (facsimile)

Dated: March 11, 2008

St. Joseph Health Services of Rhode Island
By its attorneys

/s/ Jamie LaPorte___________________
Jamie J. LaPorte, Esq. (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel.: 401-274-7200
Fax: 401-751-0604

**CERTIFICATION**

I hereby certify that I electronically filed the within Motion on March 11, 2008. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individuals below has been effectuated by electronic means.

Robert P. Brooks, Esq. (#3721)
Jaime J. Laporte, Esq. (#6668)
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

/s/ Elizabeth A. Wiens_________