UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ISHKHANOUHI TAVITIAN, a/k/a
SHERRY TAVITIAN
Plaintiff,

v. C. A. NO.: 07-325 ML

ST. JOSEPH HEALTH SERVICES
OF RHODE ISLAND, d/b/a
ST. JOSEPH'S HOSPITAL
Defendant.

**JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES**

Now come the parties and hereby move this Court for an order enlarging the pre-trial discovery period deadline to August 29, 2008, the dispositive motion deadline to September 30, 2008 and the pre-trial memorandum deadline to October 17, 2008.

For the reasons therefore, the parties set forth as follows:

1. Plaintiff was injured outside the United States of America.
2. Because Plaintiff was injured outside the United States of America, Plaintiff has had trouble obtaining her medical records.
3. Without those medical records, the parties have not scheduled the necessary depositions.
4. Ms. Jamie Laporte was primarily handling the case for Defendant however, she withdrew her appearance in the case on April 18, 2008.

The parties submit that the additional ninety (90) days will provide adequate time to conduct the necessary depositions and finish all other discovery.

Ishkhanouhi Tavitian,
By her attorney,

/s/ Ryan C. Hurley_______________
Ryan C. Hurley, Esq. (#7539)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702 (facsimile)

St. Joseph Health Services of Rhode Island,
By its attorney,

/s/ Robert P. Brooks___________________
Robert P. Brooks, Esq. (#3721)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel.: 401-274-7200
Fax: 401-751-0604

Dated: May 29, 2008

**CERTIFICATION**

I hereby certify that I electronically filed the within Joint Motion to Extend Pre-Trial Deadlines on May 29, 2008. The Joint Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Robert P. Brooks, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

/s/ Ryan C. Hurley____________