UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ISHKHANOUHI TAVITIAN, a/k/a<br>SHERRY TAVITIAN<br>Plaintiff, | : | |
| v. | : | C. A. NO.: 07-325 ML |
| ST. JOSEPH HEALTH SERVICES<br>OF RHODE ISLAND, d/b/a<br>ST. JOSEPH'S HOSPITAL<br>Defendant. | : | |

**JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES**

Now come the parties and hereby move this Court for an order enlarging the pre-trial discovery period deadline to September 30, 2008, the dispositive motion deadline to October 30, 2008 and the pre-trial memorandum deadline to November 14, 2008.

For the reasons therefore, the parties set forth as follows:

1. Plaintiff was injured outside the United States of America.
2. Because Plaintiff was injured outside the United States of America, Plaintiff has had trouble obtaining her medical records.
3. Without those medical records, the parties have not scheduled the necessary depositions.

The parties submit that the additional thirty (30) days will provide adequate time to conduct the necessary depositions and finish all other discovery.

Ishkhanouhi Tavitian
By her attorney,

/s/ Ryan C. Hurley

Ryan C. Hurley, Esq. (#7539)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702 (facsimile)

St. Joseph Health Services of Rhode Island
By its attorney,

/s/ Robert P. Brooks

Robert P. Brooks, Esq. (#3721)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel.: 401-274-7200
Fax: 401-751-0604

Dated: August 14, 2008

## CERTIFICATION

I hereby certify that I electronically filed the within Joint Motion to Extend Pre-Trial Deadlines on August 14, 2008. The Joint Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Robert P. Brooks, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

/s/ Ryan C. Hurley